IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURIE PIECHUS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CAUSE NO. 09-984-WDS |
| REDBOX AUTOMATED RETAIL, LLC, | ) ) ) |
| Defendant. | ) |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: December 2, 2009.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge J. Phil Gilbert.  All future pleadings shall bear Cause No. 09-984-JPG.